IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : | CIVIL ACTION |
| v. | : : | |
| TEAMSTER UNION LOCAL 115 | : | NO. 11-4674 |

## ORDER

**AND NOW**, this 12th day of April having considered Plaintiff Trustees of the University of Pennsylvania's Motion for Summary Judgment (Doc. 22), Defendant Teamsters Union Local 115's Cross-Motion for Summary Judgment (Doc. 23), the Plaintiff's Response papers (Doc. 24), the Defendant's Response papers (Doc. 25), the Joint Stipulation and Record submitted by the parties (Doc. 21), and oral argument by both parties, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Plaintiff Trustees of the University of Pennsylvania's Motion for Summary Judgment is **DENIED**;

2. Defendant Teamsters Union Local 115's Cross-Motion for Summary judgment is **GRANTED**;

3. Arbitrator Mariann E. Schick, Esq.'s Award and Opinion dated June 23, 2011 is **AFFIRMED**. The University shall pay those employees in the Local 115 bargaining unit who were not previously paid for the two snow days, February 10 and 11, 2010.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge